No. 5232.—Herminio Madera & Hno., Inc., aplte., *v.* Benigno Díaz, hoy su Sucesión, et al., apldos.—C. D. Humacao. ▬▬▬▬▬▬ Marzo 4, 1931.

Por los motivos consignados en la opinión emitida en el día de ayer en el caso No. 5270, *Ernesto Fernando Schlüter, etc.*, demandante y apelante, *v. La Sucesión de Benigno Díaz, etc.*, demandada y apelada (p. 884) se confirma la resolución apelada que dictó la Corte de Distrito de Humacao con fecha 27 de enero de 1930, en el caso arriba titulado.